CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 25 2009

JOHN F. CORCORAN, CLERK
BY: _____
    DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| ABRAHAM PINCKNEY, JR., | ) | |
| Plaintiff, | ) | Civil Action No. 7:09cv00044 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| WARDEN, | ) | By: Samuel G. Wilson |
| Defendant. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED**

**AND ORDERED** that Pinckney's request to proceed in forma pauperis is **DENIED**, his complaint

is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g), and this case will be

**STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying

Memorandum Opinion to plaintiff.

ENTER: This 24th day of February, 2009.

_____
United States District Judge